COCHRAN COTTON SEED OIL COMPANY, Respondent, *v.* THEODORE HAEBLER et al., Appellants.

(Argued April 18, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 3, 1893, which affirmed a judgment of the General Term of the City Court of New York, entered upon an order made October 24, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Marshall P. Stafford* for appellants.

*Robert B. Honeyman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.